**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7639**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TYRONE RUSSELL WALKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-93-358-A, CA-95-548-AM)

Submitted:  December 26, 1995          Decided:  May 9, 1996

Before WILKINSON, Chief Judge, and HAMILTON and WILLIAMS, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Russell Walker, Appellant Pro Se.  Thomas More Hollenhorst,
Assistant  United  States  Attorney,  Alexandria,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Walker</u>, Nos. CR-93-358-A; CA-95-548-AM (E.D. Va. Oct. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2